No. 01–417. DEVLIN *v.* SCARDELLETTI ET AL. C. A. 4th Cir. [Certiorari granted, 534 U. S. 1064.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–631. UNITED STATES *v.* DRAYTON ET AL. C. A. 11th Cir. [Certiorari granted, 534 U. S. 1074.] Motion for appointment of counsel granted, and it is ordered that Steven L. Seliger, Esq., of Quincy, Fla., be apointed to serve as counsel for respondent Clifton Brown, Jr., in this case. Motion for appointment of counsel granted, and it is ordered that Gwendolyn Spivey, Esq., of Tallahassee, Fla., be appointed to serve as counsel for respondent Christopher Drayton in this case. Motion of counsel Spivey to strike and objection to attempted substitution of counsel granted. Motion of counsel Seliger to strike and objection to attempted substitution of counsel granted.

No. 01–714. UTAH ET AL. *v.* EVANS, SECRETARY OF COMMERCE, ET AL. D. C. Utah. [Probable jurisdiction postponed, 534 U. S. 1112.] Motion of the Solicitor General and the North Carolina appellees for additional time for oral argument and for divided argument granted, and 10 additional minutes allotted for that purpose to be divided as follows: 35 minutes for appellants, 20 minutes for the Solicitor General, and 15 minutes for the North Carolina appellees.

No. 01–5404. HEMMERLE *v.* LAUDERDALE REPORTING SERVICE. Sup. Ct. Fla. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [534 U. S. 803] denied.

No. 01–6785. MCDONALD *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [534 U. S. 1063] denied.